Martin W. Aron, Esq. (Bar ID #036011984)
John R. Vreeland, Esq. (Bar ID #046591997)
Mary L. Moore, Esq. (Bar ID #023421991)
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, NJ 07922
(908) 795-5200
ATTORNEYS FOR DEFENDANTS

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUAN GONZALEZ MOLINA, | Civil Action No. 2:22-CV-07391 |
| Plaintiff, | |
| v. | |
| ALPINE TREE SERVICE INC. D/B/A ALPINE TREE, ALPINE TREE LLC D/B/A ALPINE TREE, WILLIAM B. SWITZEL, and VANESSA SWITZEL | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

This matter having been amicably resolved, it is hereby stipulated and agreed that Plaintiff's Complaint against Defendants Alpine Tree Service Inc. d/b/a Alpine Tree, William B. Switzler, and Vanessa Switzler, be and hereby is dismissed in its entirety with prejudice and without costs to any party.

KATZ MELINGER PLLC
370 Lexington Avenue, Suite 1512
New York, New York 10017

By: _/s/ Katherine Morales_
     Katherine Morales, Esq.

Dated: February 5, 2024

JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, NJ 07922

By: _s/Mary L. Moore_
     Martin W. Aron, Esq.
     John R. Vreeland, Esq.
     Mary L. Moore, Esq.

Dated: February 5, 2024

*So Ordered on 2/22/2024:*

_/s/ William J. Martini_
William J. Martini, U.S.D.J.